Brian Segee (Calif. Bar No. 200795)
Jason Rylander (Admitted Pro Hac Vice)
Defenders of Wildlife
1130 17th Street, NW
Washington, D.C. 20036
Telephone: (202) 682-9400
Facsimile: (202) 682-1331
bsegee@defenders.org, jrylander@defenders.org

Neil Levine (Calif. Bar No. 163557)
1400 Glenarm Place, Suite 300
Denver, CO  80202
Telephone: (303) 996-9611
Facsimile: (303) 623-8083
nlevine@earthjustice.org

Attorneys for Plaintiffs/Defendant-Intervenors

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOME BUILDERS ASSOCIATION OF NORTHERN CALIFORNIA, et al., <br><br> Plaintiffs; <br><br> v. <br><br> UNITED STATES FISH AND WILDLIFE SERVICE et al., <br><br> Defendants; <br><br> and <br><br> DEFENDERS OF WILDLIFE, et al.; <br><br> Defendant-Intervenors. | No: 2:05-cv-00629-WBS-GGH <br> (Consolidated with Case No. 2:05-cv-02524-WBS-GGH) <br><br> STIPULATION AND [~~PROPOSED~~] ORDER ESTABLISHING BRIEFING SCHEDULE AND HEARING DATE FOR PLAINTIFFS' MOTION FOR ATTORNEY FEES AND COSTS |
| BUTTE ENVIRONMENTAL COUNCIL, et al.; <br><br> Plaintiffs, <br><br> v. <br><br> GALE NORTON, Secretary of the Interior, and U.S. FISH AND WILDLIFE SERVICE, <br><br> Defendants; | |

1  Plaintiffs Butte Environmental Council, Defenders of Wildlife and California Native
2  Plant Society, San Joaquin Raptor and Wildlife Rescue Center, Sierra Foothills Audubon
3  Society and vernalpools.org and Federal Defendants Dirk Kempthorne and the U.S. Fish and
4  Wildlife Service have met and conferred regarding Plaintiffs' Motion for Attorney Fees and
5  Costs, but have been unavailable to reach a mutually-agreeable resolution.  Accordingly, the
6  parties have agreed to the following briefing schedule and proposed hearing date for Plaintiffs'
7  Motion:
8  Plaintiffs' Motion and supporting papers: October 1, 2007
9  Defendants' Opposition Brief: October 24, 2007
10 Plaintiffs' Rely Brief: November 14, 2007
11 Hearing Date: December 10, 2007 at 2:00 p.m.

13 Respectfully submitted,

15 Dated: September 25, 2007        /s/ Neil Levine
                                    Neil Levine
16                                  Brian Segee

17                                  Attorneys for Plaintiffs

19 Dated: September 25, 2007        /s/ Kevin McArdle
                                    Kevin McArdle
20                                  U.S. Dept. of Justice

21                                  Attorney for Federal Defendants

22 IT IS SO ORDERED

24 Dated:  September 25, 2007

                                    WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE

Briefing Schedule Stipulation

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2007, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kevin McArdle
U.S. Dep't of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Kevin.mcardle@usdoj.gov

/s/ *Neil Levine*